IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01952-PAB

GRENADA,

     Plaintiff,

v.

RACHEL S. GRYNBERG, et al.,

     Defendants.

---

**ORDER**

---

This matter is before the Court on plaintiff's Notice to Garnishee, Application of Funds to Judgment, and Release of Funds to Judgment Creditor, and Attached Writ of Execution [Docket No. 11].  The Court having reviewed plaintiff's submissions, it is

**ORDERED** that the Notice to Garnishee, Application of Funds to Judgment, and Release of Funds to Judgment Creditor is approved.  It is further

**ORDERED** that the Writ of Execution be executed upon Garnishee.  It is further

**ORDERED** that the Motion to Provide a Status Report [Docket No. 14] is denied as moot.

DATED October 6, 2011.

BY THE COURT:

 s/Philip A. Brimmer                    
PHILIP A. BRIMMER
United States District Judge