IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01952-PAB

GRENADA,

    Plaintiff,

v.

RACHEL S. GRYNBERG, et al.,

    Defendants.

## ORDER

This matter is before the Court on plaintiff's Motion to Authorize Garnishee to Return Funds to Defendant [Docket No. 19]. The Court having reviewed plaintiff's motion, it is

**ORDERED** that plaintiff's Motion to Authorize Garnishee to Return Funds to Defendant [Docket No. 19] is GRANTED. It is further

**ORDERED** that garnishee U.S. Bank shall return funds in the amount of $303,921.69 it is holding pursuant to a Writ of Garnishment with Notice of Exemption and Pending Levy to defendant Miriam Z. Grynberg.

DATED October 27, 2011.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge