IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01952-PAB

GRENADA,

    Plaintiff,

v.

RACHEL S. GRYNBERG, et al.,

    Defendants.

---

# ORDER

---

This matter is before the Court on plaintiff's Motion to Accept and Disburse Funds [Docket No. 22]. The Court having reviewed plaintiff's motion, it is

**ORDERED** that the Motion to Accept and Disburse Funds [Docket No. 22] is granted. It is further

**ORDERED** that the Clerk's Office shall accept funds in the amount of $303,986.69 received from garnishee Chase Bank. It is further

**ORDERED** that the Clerk's Office, upon receipt and acceptance of funds, shall disburse the funds in the amount of $303,986.69 to plaintiff's counsel, Freidel Dykes, P.C., 1873 S. Bellaire Street, Suite 610, Denver, CO 80222.

    DATED November 2, 2011.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge