IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01952-PAB

GRENADA,

    Plaintiff,

v.

RACHEL S. GRYNBERG, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

On November 2, 2011, the Court granted [Docket No. 27] plaintiff's Motion to Accept and Disburse Funds [Docket No. 22], ordering that the Clerk's Office accept funds in the amount of $303,986.69 received from garnishee Chase Bank and, upon receipt and acceptance of funds, disburse the funds in the amount of $303,986.69 to plaintiff's counsel.  The Clerk's Office accepted funds in the amount of $303,986.69 received from garnishee Chase Bank on November 10, 2011, *see* Docket No. 30, and disbursed the funds to plaintiff's counsel on November 15, 2011.  There being no other pending issues in this matter, it is

**ORDERED** that this case shall be closed in its entirety.

DATED November 28, 2011.